**EXHIBIT A**

# Talbots Mailing List

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | | |
|---|---|---|---|
| | | COUNTS THROUGH 01/30/2019 | |
| 1,832,331 | TOTAL UNIVERSE / BASE RATE | | $120.00/M |
| 183,034 | 1 MONTH | | $30.00/M |
| 488,493 | 3 MONTH | | $25.00/M |
| 798,743 | 6 MONTH | | $17.00/M |
| 1,237,308 | 12 MONTH | | $12.00/M |
| | PUBLISHING/MEMBERSHIP BASE $65/M | | $65.00/M |
| | FUNDRAISING BASE $70/M | | $70.00/M |

**DESCRIPTION**

Celebrating our 70th anniversary this year! 

Established in 1947, Talbots is a leading specialty retailer offering modern classic style that's both timeless and timely, fine quality craftsmanship and gracious service. With a commitment to offer modern classic style for every body, Talbots carries a full range of sizes, including Misses, Petite, Woman Plus and Woman Plus Petite. The Talbots collection includes sportswear, career separates, casual wear, activewear, swim, special occasion dressing as well as a complementary selection of shoes and accessories for "head-to-toe" wardrobing.

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #432921 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 10,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($8.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- PLEASE INQUIRE ABOUT REUSE
- CANCELLATION FEE AT $100.00/F

| | |
|---|---|
| POPULARITY: | ▰▰▰▰▰ 100 |
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | NO |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 90% FEMALE |

| SELECTS | |
|---|---|
| $100+ BUYERS | $42.00/M |
| $150+ BUYERS | $52.00/M |
| $200+ BUYERS | $62.00/M |
| $50+ BUYERS | $27.00/M |
| $75+ BUYERS | $32.00/M |
| 1 MONTH HOTLINE | $30.00/M |
| 3 MONTH HOTLINE | $25.00/M |
| 6 MONTH HOTLINE | $17.00/M |
| AVERAGE PURCHASE | $10.00/M |
| IN HOUSE CREDIT | $12.00/M |
| INTERNET BUYERS AT POSTAL ADDRESS | $12.00/M |
| LAST PURCHASE | $10.00/M |
| MULTI/SINGLE PURCHASE BUYERS | $12.00/M |
| PRODUCT | $17.00/M |
| PURCHASE | $10.00/M |
| SCF | $10.00/M |
| SIZE | $10.00/M |
| STATE | $10.00/M |
| TALBOTS | |
| ZIP | $10.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL | $60.00/F |

**RELATED LISTS**

- SUNDANCE CATALOG
- NORTHSTYLE
- WILAND CATALOG/ONLINE BUYERS DATABASE
- COLDWATER CREEK
- SIGNALS
- PYRAMID COLLECTION (THE)
- AS WE CHANGE
- GRANDIN ROAD
- FRONTGATE
- CATALOG FAVORITES

[Get Count] [Get Pricing] [Get More Information]