**EXHIBIT B**

    
# Talbots Wiland Direct Modeled Mailing List

Get Count | Get Pricing | Get More Information

| SEGMENTS | | | COUNTS THROUGH 03/31/2019 |
|---|---|---|---|
| 1,832,331 | TOTAL UNIVERSE / BASE RATE | | $120.00/M |
| 1,832,331 | UNIVERSE FOR MODELED SELECTIONS | | + $30.00/M |
| | FUNDRAISING BASE | | $65.00/M |
| | FOOD MAILER RATE | | $75.00/M |

**DESCRIPTION**

Wiland Direct members can apply their models to Talbot's names to connect with their ideal customer type for the highest rate of response. This opportunity is open to any participant in the Wiland Direct Database.

Names selected from a client's model will be net of the client's housefile as well as any other prospect names selected at Wiland, allowing for incremental names to be applied in the merge.

Wiland models available include: Best Donor, Comprehensive Response, Long-Term Value and Source Composite.

Celebrating our 70th anniversary this year!

Established in 1947, Talbots is a leading specialty retailer offering modern classic style that's both timeless and timely, fine quality craftsmanship and gracious service. With a commitment to offer modern classic style for every body, Talbots carries a full range of sizes, including Misses, Petite, Woman Plus and Woman Plus Petite. The Talbots collection includes sportswear, career separates, casual wear, activewear, swim, special occasion dressing as well as a complementary selection of shoes and accessories for "head-to-toe" wardrobing.

All special offers/incentives should be approved in advance by Talbots.

**Selects on Talbots include:**

Accessories

Footwear

Gift card

| POPULARITY: | ▪▪▪▪▪ 99 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | NO |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 90% FEMALE |

| SELECTS | |
|---|---|
| $100+ BUYERS | $40.00/M |
| $150+ BUYERS | $50.00/M |
| $200+ BUYERS | $60.00/M |
| $50+ BUYERS | $25.00/M |
| $75+ BUYERS | $30.00/M |
| 12 MONTH HOTLINE | $30.00/M |
| 3 MONTH HOTLINE | $20.00/M |
| 6 MONTH HOTLINE | $30.00/M |
| AVERAGE PURCHASE | $10.00/M |
| HOUSEFILE | |
| IN HOUSE CREDIT | $10.00/M |
| INTERNET | $10.00/M |
| LAST PURCHASE | $10.00/M |
| SCF | $10.00/M |
| STATE | $10.00/M |
| TALBOTS | |
| WILAND | |
| ZIP | $10.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL | $60.00/F |

| RELATED LISTS | |
|---|---|
| | VERMONT COUNTRY STORE WILAND DIRECT MODELED FILE |
| | TOUCH OF CLASS WILAND DIRECT MODELED FILE |
| | NORTHSTYLE WILAND DIRECT MODELED FILE |
| | PAUL FREDRICK WILAND DIRECT MODELED FILE |
| | FORBES WILAND MODELING MASTERFILE |
| | AICR WILAND DIRECT MASTERFILE |
| | BOSTON PROPER - WILAND DIRECT MODELED FILE |
| | HARVARD HEALTH - WILAND DIRECT MODELING MASTERFILE |
| | STITCHERY (THE) WILAND DIRECT MODELED FILE |
| | POTPOURRI WILAND DIRECT MODELED FILE |

Women (plus size)

Women Petite

Missy

Petite

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #433701 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 10,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($8.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE
- PLEASE INQUIRE ABOUT REUSE
- CANCELLATION FEE AT $100.00/F

Get Count    Get Pricing    Get More Information